UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JAMES R. CLARK,  )<br>  )<br>            Petitioner,  )<br>v.  )     No. 2:10-cv-16-WTL-TAB<br>  )<br>HELEN J. MARBERRY, Warden,  )<br>  )<br>            Respondent.  ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date: 02/09/2010

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

James R. Clark
No. 24581-079
Terre Haute-FCI
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808